

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Maria Cruz Busaleh

No. 06-14-00073-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we conditionally grant the Relator's petition for writ of mandamus and order that this proceeding be immediately stayed in the trial court and a conference be accomplished with the Kentucky court. If the Kentucky court does not determine that Texas is a more appropriate forum under Sections 152.207 or 152.208 of the Texas Family Code, this proceeding shall be dismissed in Fannin County. The writ will issue only if that does not occur.

RENDERED OCTOBER 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk